IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JOHN C. TOBAR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 5:12-CV-416 (MTT) |
| | ) |
| FEDERAL DEFENDERS OF THE | ) |
| MIDDLE DISTRICT OF GEORGIA, INC., | ) |
| and CYNTHIA ROSEBERRY, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER

Before the Court is the Defendant's[1] Motion to Seal Documents. (Doc. 14). The Plaintiff has filed various documents to support his response (Docs. 10, 12) to the Court's Order (Doc. 9) that he amend his Complaint. Among these documents are memoranda the Plaintiff wrote to attorneys in the Federal Defenders office regarding specific cases he was working on. (Doc. 11 at 3, 6-8, 16-22; Doc. 13 at 1-10). The Defendants contend these documents should be sealed because they are protected by attorney-client privilege. Regardless of whether these documents are privileged, they are of a sufficiently sensitive nature that access to them should be limited to the Parties. Accordingly, the Court treats the Defendant's Motion to Seal as a Motion to Restrict Access and the Defendant's Motion is **GRANTED**. Access to Document 11 and Document 13 shall be restricted to the Parties.

**SO ORDERED**, this 20th day of February, 2013.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

---

[1] The Court has dismissed the Plaintiff's claims against Defendant Roseberry. (Doc. 9).